UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROTHERS MARKET LLC NO. 2, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | No. 2:23-cv-06436-WLH-E<br><br>**JUDGMENT**<br><br>Hon. Wesley L. Hsu |

The Court entered an Order on Defendant's Motion for Summary Judgment on August 21, 2024 (Docket No. 48).

**IT IS HEREBY ORDERED** that Judgment shall be entered in favor of Defendant on all claims asserted by Plaintiffs in this action.

DATED: 9/12/24

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1